■ The People of the State of New York, Respondent, v Kelvin S. James, Appellant. [828 NYS2d 226]—Appeal from a judgment of the Monroe County Court (Patricia D. Marks, J.), rendered September 17, 2003. The judgment convicted defendant, upon his plea of guilty, of attempted grand larceny in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Smith, Lunn and Green, JJ.